IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LYNNE KOBILKA,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 14-cv-268-wmc

COTTONWOOD FINANCIAL WISCONSIN, LLC
and KOHN LAW FIRM, S.C.,

        Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Cottonwood Financial Wisconsin, LLC and Kohn Law Firm, S.C. against plaintiff Lynne Kobilka dismissing this case without prejudice.

      s/ A. Wiseman, Deputy Clerk                March 17, 2015
      Peter Oppeneer, Clerk of Court                      Date